UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>IRVING PRADO,<br><br>                Defendant. | CASE NO.: 22 Cr. 36 (SLC)<br><br>**SCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Thursday, September 14, 2023 at 1:00 pm** on the Court's conference line. The parties, including Mr. Prado, are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:     New York, New York
           August 23, 2023

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**