UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

IRVING PRADO,

                Defendant.

CRIMINAL ACTION NO.: 22 Cr. 36 (SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The telephonic status conference scheduled for Wednesday, March 13, 2024 at 10:00 am is now **RESCHEDULED** to Thursday, March 14, 2024 at 10:00 am.  The parties, including Mr. Prado, are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:      New York, New York
                February 12, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge