UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

IRVING PRADO,

                Defendant.

CASE NO.: 22 Cr. 36 (SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Wednesday, May 8, 2024 at 5:30 pm** on the Court's conference line. The parties, including Mr. Prado, are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
            April 16, 2024

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**